AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF MASSACHUSETTS

TEODORO COTERA

v.

CLEANCO MAINTENANCE CORP.,
J.L.D. CLEANING SERVICES, INC.
ROBERT LEONE, and DEBORAH J. LEONE

NOTICE AND ACKNOWLEDGMENT
FOR SERVICE BY MAIL

CASE NUMBER: 05-10831-PBS

## NOTICE

To: Deborah J. Leone
c/o L. Richard LeClair, III, Esq.; 135 Beaver Street, 2nd Floor, Waltham, MA 02452
Name and Address of Person to be Served

   The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.
   You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**
   You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.
   **If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.
   **THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.
   I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on April 28, 2005.
   Date
   29TH

_Todd S. Heyman_
Signature of Sender

Todd S. Heyman
Name of Sender

SHAPIRO HABER & URMY LLP; 53 State St., Boston, MA 02109
Address of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on 5/2/6 at 135 Beaver Street, Waltham, MA
Date of Receipt    Address

Date of Signature                Signature

L. Richard LeClair, III
Name (Please Type or Print)
LeClair & LeClair, P.C.
135 Beaver Street, 2nd Floor
Waltham, MA 02452

Attorney
Relationship of Entity Served or Authority
to Receive Service of Process