AO 440A (8/87) Notice and Acknowledgment For Service by Mail

# United States District Court

DISTRICT OF MASSACHUSETTS

TEODORO COTERA

v.

CLEANCO MAINTENANCE CORP.,
J.L.D. CLEANING SERVICES, INC.
ROBERT LEONE, and DEBORAH J. LEONE

NOTICE AND ACKNOWLEDGMENT
FOR SERVICE BY MAIL

CASE NUMBER: 05-10831-PBS

**NOTICE**

To: Cleanco Maintenance Corp.
c/o L. Richard LeClair, III, Esq.; 135 Beaver Street, 2nd Floor, Waltham, MA 02452
*Name and Address of Person to be Served*

The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

**If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

**THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on April 25, 2005 [29TH].
*Date*

*Signature of Sender*

Todd S. Heyman
*Name of Sender*

SHAPIRO HABER & URMY LLP; 53 State St., Boston, MA 02109
*Address of Sender*

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on May 2, 2005 at 135 Beaver Street, Waltham, MA
*Date of Receipt*    *Address*

5/16/05
*Date of Signature*

*Signature*

L. Richard LeClair, III
LeClair & LeClair, P.C.
*Name and Type Printed*

135 Beaver Street, 2nd Floor
Waltham, MA 02452
*Current Address*

A. Horney
Relationship of Entity Served or Authority
to Receive Service of Process