UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TEODORO COTERA,<br><br>                   Plaintiff,<br><br>v.<br><br>CLEANCO MAINTENANCE CORP.,<br>J.L.D. CLEANING SERVICES, INC.,<br>ROBERT LEONE, and<br>DEBORAH J. LEONE,<br>                   Defendants. | C. A. No. 05-10831-PBS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

      Pursuant to Local Rule 83.5.2, Lara A. Sutherlin of Shapiro Haber & Urmy LLP hereby gives notice that she will no longer serve as counsel for Plaintiff in this action. Todd S. Heyman of Shapiro Haber & Urmy LLP will continue to represent Plaintiff in this action.

                                           Respectfully submitted,

                                           **/s/Lara S. Sutherlin**
                                           Lara A. Sutherlin, BBO #651267
                                           Shapiro Haber & Urmy LLP
                                           53 State Street
                                           Boston, MA 02109
                                           (617) 439-3939

                                           Attorneys for Plaintiff

Dated: June 23, 2005