# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TEODORO COTERA,<br><br>   Plaintiff,<br><br>   v.<br><br>CLEANCO MAINTENANCE CORP.,<br>J.L.D CLEANING SERVICES, INC.<br>ROBERT LEONE, and DEBORAH J.<br>LEONE,<br><br>   Defendants. | CIVIL A. NO. 05 10831 PBS |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

NOW COME the herein-names Defendants, Cleanco Maintenance Corp., J.L.D. Cleaning Services, Inc., Robert Leone, and Deborah Leone, through their legal counsel, LeClair & LeClair, P.C., and hereby ANSWER Plaintiff's Complaint as follows:

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Paragraph 5 states the intention of the Plaintiff, which can neither be admitted nor denied by the Defendants, and therefore does not warrant a response.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. The Defendants have insufficient information to either admit or deny the allegations of paragraph 10.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Denied.

16. Admitted.

17. Denied.

18. Denied.

19. Admitted.

20. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 20, and call upon the Plaintiff to prove the same at the time of trial.

21. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 21, and call upon the Plaintiff to prove the same at the time of trial.

22. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 22, and call upon the Plaintiff to prove the same at the time of trial.

23. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 23, and call upon the Plaintiff to prove the same at the time of trial.

24. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 24, and call upon the Plaintiff to prove the same at the time of trial.

25. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 25, and call upon the Plaintiff to prove the same at the time of trial.

26. Denied.

27. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 27, and call upon the Plaintiff to prove the same at the time of trial.

28. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 28, and call upon the Plaintiff to prove the same at the time of trial.

29. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 29, and call upon the Plaintiff to prove the same at the time of trial.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 34, and call upon the Plaintiff to prove the same at the time of trial.

35. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 35, and call upon the Plaintiff to prove the same at the time of trial.

36. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 36, and call upon the Plaintiff to prove the same at the time of trial.

37. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 37, and call upon the Plaintiff to prove the same at the time of trial.

38. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 38, and call upon the Plaintiff to prove the same at the time of trial.

39. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 39, and call upon the Plaintiff to prove the same at the time of trial.

40. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 40, and call upon the Plaintiff to prove the same at the time of trial.

41. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 41, and call upon the Plaintiff to prove the same at the time of trial.

42. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 42, and call upon the Plaintiff to prove the same at the time of trial.

43. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 43, and call upon the Plaintiff to prove the same at the time of trial.

44. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 44, and call upon the Plaintiff to prove the same at the time of trial.

45. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 45, and call upon the Plaintiff to prove the same at the time of trial.

46. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 46, and call upon the Plaintiff to prove the same at the time of trial.

47. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 47, and call upon the Plaintiff to prove the same at the time of trial.

48. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 48, and call upon the Plaintiff to prove the same at the time of trial.

49. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 49, and call upon the Plaintiff to prove the same at the time of trial.

50. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 50, and call upon the Plaintiff to prove the same at the time of trial.

51. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 51, and call upon the Plaintiff to prove the same at the time of trial.

52. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 52, and call upon the Plaintiff to prove the same at the time of trial.

53. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 53, and call upon the Plaintiff to prove the same at the time of trial.

54. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 54, and call upon the Plaintiff to prove the same at the time of trial.

55. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 55, and call upon the Plaintiff to prove the same at the time of trial.

56. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 56, and call upon the Plaintiff to prove the same at the time of trial.

57. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 57, and call upon the Plaintiff to prove the same at the time of trial.

58. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 58, and call upon the Plaintiff to prove the same at the time of trial.

59. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 59, and call upon the Plaintiff to prove the same at the time of trial.

60. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 60, and call upon the Plaintiff to prove the same at the time of trial.

61. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 61, and call upon the Plaintiff to prove the same at the time of trial.

62. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 62, and call upon the Plaintiff to prove the same at the time of trial.

63. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 63, and call upon the Plaintiff to prove the same at the time of trial.

64. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 64, and call upon the Plaintiff to prove the same at the time of trial.

65. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 65, and call upon the Plaintiff to prove the same at the time of trial.

66. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 66, and call upon the Plaintiff to prove the same at the time of trial.

67. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 67, and call upon the Plaintiff to prove the same at the time of trial.

68. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 68, and call upon the Plaintiff to prove the same at the time of trial.

69. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 69, and call upon the Plaintiff to prove the same at the time of trial.

70. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 70, and call upon the Plaintiff to prove the same at the time of trial.

71. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 71, and call upon the Plaintiff to prove the same at the time of trial.

72. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 72, and call upon the Plaintiff to prove the same at the time of trial.

73. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 73, and call upon the Plaintiff to prove the same at the time of trial.

74. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 74, and call upon the Plaintiff to prove the same at the time of trial.

75. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 75, and call upon the Plaintiff to prove the same at the time of trial.

76. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 76, and call upon the Plaintiff to prove the same at the time of trial.

77. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 77, and call upon the Plaintiff to prove the same at the time of trial.

78. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 78, and call upon the Plaintiff to prove the same at the time of trial.

79. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 79, and call upon the Plaintiff to prove the same at the time of trial.

80. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 80, and call upon the Plaintiff to prove the same at the time of trial.

81. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 81, and call upon the Plaintiff to prove the same at the time of trial.

82. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 82, and call upon the Plaintiff to prove the same at the time of trial.

83. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 83, and call upon the Plaintiff to prove the same at the time of trial.

84. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 84, and call upon the Plaintiff to prove the same at the time of trial.

85. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 85, and call upon the Plaintiff to prove the same at the time of trial.

86. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 86, and call upon the Plaintiff to prove the same at the time of trial.

87. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 87, and call upon the Plaintiff to prove the same at the time of trial.

88. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 88, and call upon the Plaintiff to prove the same at the time of trial.

89. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 89, and call upon the Plaintiff to prove the same at the time of trial.

90. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 90, and call upon the Plaintiff to prove the same at the time of trial.

91. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 91, and call upon the Plaintiff to prove the same at the time of trial.

92. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph92, and call upon the Plaintiff to prove the same at the time of trial.

93. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 93, and call upon the Plaintiff to prove the same at the time of trial.

94. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 94, and call upon the Plaintiff to prove the same at the time of trial.

95. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 95, and call upon the Plaintiff to prove the same at the time of trial.

96. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 96, and call upon the Plaintiff to prove the same at the time of trial.

97. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 97, and call upon the Plaintiff to prove the same at the time of trial.

98. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph98, and call upon the Plaintiff to prove the same at the time of trial.

99. The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 99, and call upon the Plaintiff to prove the same at the time of trial.

100.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 100, and call upon the Plaintiff to prove the same at the time of trial.

101.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 101, and call upon the Plaintiff to prove the same at the time of trial.

102.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 102, and call upon the Plaintiff to prove the same at the time of trial.

103.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 103, and call upon the Plaintiff to prove the same at the time of trial.

104.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 104, and call upon the Plaintiff to prove the same at the time of trial.

105.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 105, and call upon the Plaintiff to prove the same at the time of trial.

106.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 106, and call upon the Plaintiff to prove the same at the time of trial.

107.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 107, and call upon the Plaintiff to prove the same at the time of trial.

108.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph108, and call upon the Plaintiff to prove the same at the time of trial.

109.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 109, and call upon the Plaintiff to prove the same at the time of trial.

110.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 110, and call upon the Plaintiff to prove the same at the time of trial.

111.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 111, and call upon the Plaintiff to prove the same at the time of trial.

112.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 112, and call upon the Plaintiff to prove the same at the time of trial.

113.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 113, and call upon the Plaintiff to prove the same at the time of trial.

114.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 114, and call upon the Plaintiff to prove the same at the time of trial.

115.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 115, and call upon the Plaintiff to prove the same at the time of trial.

116.    The Defendants lack sufficient information to either admit or deny the allegations of Paragraph 116, and call upon the Plaintiff to prove the same at the time of trial.

117.    The Defendants restate and incorporate by reference their prior answers to the paragraphs referred in these allegations.

118.    Denied.

119.    Denied.

120.    Denied.

121.    Denied.

122.    The Defendants restate and incorporate by reference their prior answers to the paragraphs referred in these allegations.

123.    Denied.

124.    Denied.

125.    Denied.

126.    Denied.

127.    The Defendants restate and incorporate by reference their prior answers to the paragraphs referred in these allegations.

128.    Denied.

129.    Denied.

130.    Denied.

131.    Denied.

132.    Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendants state that with respect to each and every Count of the Plaintiff's Complaint, the Plaintiff has failed to state a claim for which relief may be given.

### SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, the Defendants state that the Plaintiff's claims are barred under the doctrine of unclean hands.

Cleaning Services, Inc., Robert Leone, and Deborah Leone, awarded legal fees costs of

defense any other relief the Court deems just and reasonable.

### JURY TRIAL DEMAND

THE DEFENDANTS, CLEANCO MAINTENANCE CORP., J.L.D. CLEANING
SERVICES, INC., ROBERT LEONE, AND DEBORAH LEONE, REQUEST A JURY
TRIAL ON ALL COUNTS OF THE PLAINTIFF'S COMPLAINT.

Respectfully submitted,
Cleanco Maintenance Corp., J.L.D.
Cleaning Services, Inc., Robert
Leone, and Deborah Leone,
By their Attorney,

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of
the within document was served upon the
attorney of record for each party by mail/hand.

Dated: 6/1/05

L. Richard LeClair, III, Esq.
135 Beaver Street, 2nd Floor
Waltham, MA 02452
(781)893-5655
BBO#: 561650