UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEODORO COTERA,<br>            PLAINTIFF,<br><br>V.<br><br>CLEANCO MAINTENANCE CORP., JLD<br>CLEANING SERVICES, INC., ROBERT<br>LEONE AND DEBORAH LEONE,<br>            DEFENDANTS. | CASE NO: 04-10831PBS |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

The undersigned counsel and the Defendants hereby affirmed to the Court that we have conferred in conformity with Local Rule 16.1 (D)(3).

1. We have conferred with a view to establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation; and,

2. We have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The Defendants, Cleanco
Maintenance Corp.,
J.L.D. Cleaning Services, Inc.,
Robert Leone and Deborah Leone,

BY: /S/ Robert Leone
Robert Leone

BY: /S/ Deborah Leone
Deborah Leone

Respectfully submitted,
The Defendants, Cleanco Maintenance Corp.,
J.L.D. Cleaning Services, Inc., Robert Leone
and Deborah Leone, J.L.D. Cleaning Services,
Inc., By their Attorney,

/S/ 
L. Richard LeClair, III
LeClair & LeClair, P.C.
135 Beaver Street, 2nd Floor
Waltham, MA 02452
(781) 893-5655
BBO# 561650