UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TEODORO COTERA,<br>    PLAINTIFF,<br><br>V.<br><br>CLEANCO MAINTENANCE CORP., JLD<br>CLEANING SERVICES, INC., ROBERT<br>LEONE AND DEBORAH LEONE,<br>    DEFENDANTS. | CASE NO: 05-10831PBS |

**STIPULATION OF DISMISSAL**

  The parties to the above entitled action, pursuant to the provisions of Rule 41, hereby stipulate that said action be dismissed with prejudice.

  Notice Under Rule 77 Waived.

  Dated: January 24, 2006.

Respectfully submitted,
Teodoro Cotera,
By his Attorneys,

*/s/ Todd S. Heyman*

Todd S. Heyman
Shapiro, Haber & Urmy, LLP
53 State Street
Boston, Massachusetts 02109
(617) 439-3939

Respectfully submitted,
The Defendants, Cleanco Maintenance Corp.,
J.L.D. Cleaning Services, Inc., Robert Leone
and Deborah Leone, J.L.D. Cleaning Services,
Inc., By their Attorney,

*/s/ L. Richard LeClair, III*

L. Richard LeClair, III
LeClair & LeClair, P.C.
135 Beaver Street, 2nd Floor
Waltham, MA 02452
(781) 893-5655
BBO# 561650